# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

In re:

Frontier Communications Corporation, et al.

Chapter 11

Case No. 20-22476 (MG)

# NOTICE OF APPEAL

(Relating to Order Denying Objection and Sanctions Motion, ECF No. 2580)

Filed by:
Eduardo E. Rivas, Pro Se
34651 Lillianne St.
Acton, CA 93510
Tel: (661) 269-2619
Email: eduardo@familyrivas.com

Date: September 08, 2025

# NOTICE OF APPEAL

Eduardo E. Rivas ("Appellant"), appearing pro se, hereby gives notice that he appeals to the United States District Court for the Southern District of New York from the Order entered on August 27, 2025, by Chief Judge Martin Glenn, denying Appellant's Objection and Sanctions Motion with prejudice. This Order is entered on the docket at ECF No. 2580.

Dated: September 08, 2025

Eduardo E. Rivas, Pro Se
34651 Lillianne St.
Acton, CA 93510
Tel: (661) 269-2619
Email: eduardo@familyrivas.com

## PROOF OF SERVICE

I, Eduardo E. Rivas, declare:

1. That I am over the age of 18 and not a party to this action. My address is on record with the U.S. Bankruptcy Court.

2. On the date below, I served the following document:

    A. Notice of Appeal

    B. MOTION TO PROCEED IN FORMA PAUPERIS AND REQUEST FOR WAIVER OF FILING FEES

    C. Proposed Order

3. I served this document by placing a true copy in email and sending it to:

| |
|---|
| Oliver Pare (Bar No. 5828074)<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>oliver.pare@kirkland.com |
| Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>frontierbankruptcy@kirkland.com |
| Stephen E. Hessler (Bar No. 4576856)<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>stephen.hessler@kirkland.com |
| Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014<br>USTPRegion02.NYECF@usdoj.gov |
| Monica M. Quinn (Bar No. 198332)<br>LITTLER MENDELSON, P.C.<br>633 West 5th Street 63rd Floor<br>Los Angeles, California 90071<br>MQuinn@littler.com |
| Kyra A. Buch (Bar No. 296192)<br>Littler Mendelson P.C.<br>633 West Fifth Street, 63rd Floor<br>Los Angeles, CA 90071<br>KBuch@littler.com |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 08, 2025.

_____

Eduardo E. Rivas