UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Eduardo E. Rivas,

Appellant,

v.

Frontier Communications Corporation, et al.,

Appellees.

On Appellant's motion, with consent of Appellee, the appeal is dismissed, with each side to bear its own costs and fees. The Clerk shall terminate ECF No. 13 and close the case.

SO ORDERED.

3/20/26

CATHY SEIBEL, U.S.D.J.

Civil Case No. 25-cv-7653 (CS)

(On Appeal from the United States Bankruptcy Court

S.D.N.Y., Case No. 20-22476 (MG))

MOTION FOR VOLUNTARY DISMISSAL OF APPEAL

(Fed. R. Bankr. P. 8023)

Appellant Eduardo E. Rivas, proceeding pro se, respectfully moves this Court for an order voluntarily dismissing the above-captioned appeal pursuant to Federal Rule of Bankruptcy Procedure 8023(a)(2).

1. BACKGROUND

1. Appellant filed a notice of appeal from proceedings in the United States Bankruptcy Court for the Southern District of New York.

2. The appeal is currently pending before this Court.

3. Appellant notes that there has been a brief delay in submitting this request due to a recent surgical procedure that was more significant than prior procedures, which temporarily limited Appellant's ability to prepare filings. Appellant previously communicated his intent regarding this matter to opposing counsel.

2. REQUEST FOR DISMISSAL

4. Appellant respectfully requests that the Court dismiss this appeal in its entirety.

5. This request is made voluntarily and in the interest of judicial economy.

3. COSTS AND FEES

6. Appellant respectfully requests that each party bear its own costs and fees.

4. CONCLUSION

WHEREFORE, Appellant respectfully requests that the Court:

1. Dismiss the appeal in its entirety; and

2. Order that each party bear its own costs and fees; and

3. Grant such other relief as the Court deems just and proper.

Dated: March 19, 2026

Respectfully submitted,

Eduardo E. Rivas

Pro Se Appellant

34651 Lillianne St.

Acton, CA 93510

Telephone: (661) 269-2619

Email: eduardo@familyrivas.com